**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **TALEAH GOLDSMITH** | : | **VIOLATION:**<br>**18 U.S.C. § 1509 (obstruction of court order – 1 count)**<br>**18 U.S.C. § 2 (aiding and abetting)** |

**INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about between April 27, 2024, and August 28, 2024, in the Eastern District of Pennsylvania, defendant

**TALEAH GOLDSMITH**,

by force, willfully attempted to impede and interfere, and aided and abetted the use of force to attempt to impede and interfere, with the performance of duties under an order entered by the Honorable John R. Padova, United States District Court Judge for the Eastern District of Pennsylvania (Criminal No. 18-235-001), entered on December 6, 2010, for Tyree Goldsmith, by helping Tyree Goldsmith evade apprehension by law enforcement on criminal charges and for a violation of federal supervised release.

In violation of Title 18, United States Code, Sections 1509 and 2.

/FOR

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

TALEAH GOLDSMITH

INFORMATION

**18 U.S.C. § 1509 (obstruction of court order – 1 count)**
**18 U.S.C. § 2 (aiding and abetting)**

A true bill.

______________________________
Foreman

Filed in open court this ______________________________day,
Of ______________________A.D. 20____________

______________________________
Clerk

Bail, $________________